**RECEIVED**
DEC 2 0 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DICTRICT OF LOUISIANA
CIVIL CASE #5:05-cv-01928-TS-MLH
DUNCAN WILLIAMS
V.
PINE PRAIRIE CORRECTIONAL CENTER

FILED:                                                    DEP. CLERK:

### MOTION TO DISMISS

On motion of plaintiff, Duncan Williams, Pro Se, and on suggesting to this Honorable Court that plaintiff has determined that plaintiff has discovered through additional information and research that he has not exhausted all state remedies in this matter; and therefore plaintiff moves to dismiss without prejudice the Writ of Habeas Corpus filed herein.

RESPECTFULLY SUBMITTED,

_Duncan Williams_
DUNCAN WILLIAMS, Pro Se
DOC #487773
Pine Prairie Correctional Center
P.O. Box 650
Pine Prairie, LA 70576

### ORDER

Considering the foregoing motion,

**IT IS ORDERED** that the Writ of Habeas Corpus filed herein be and is hereby dismissed without prejudice.

~~JUDGE~~/MAGISTRATE